SAMUEL PRESENDER, Respondent, v. KATE PRESENDER, Appellant.— Motion for stay denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

SELDEN SALES & SERVICE COMPANY OF NEW YORK, INC., Appellant, v. HENRY D. CHAPIN and EDWARD E. GARDNER, Respondents. YORK TRANSPORTATION, INC., Defendant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

GEORGE ANDERSON, Doing Business under the Firm Name and Style of GEORGE ANDERSON & SON, Respondent, v. J. NOAH H. SLEE, Appellant.— Judgment reversed upon the law and the facts, and a new trial granted, costs to appellant to abide the event. We are of opinion that the trial court erred in sustaining respondent's objections to documents offered by defendant to prove that he had fully paid F. G. Fearon & Company, the general contractor, for the materials delivered by respondent, and in charging the jury that title to the materials remained in respondent, under the circumstances here disclosed, until they were installed in the building. Had the court admitted defendant's Exhibits E, F, G and H for identification, it would then have appeared that the materials were, under a contract made with appellant, furnished by the general contractor, to whom appellant made payment at a time when such payment became due and owing to the general contractor. The subsequent failure of the general contractor, before the respondent was paid, did not render appellant liable in the absence of an agreement, either expressed or implied, by him to pay for the materials. We cannot dismiss the complaint as to the cause of action involving materials as the record now stands, for the reason that appellant was not permitted to prove his defense. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

MARTIN BUKOVSKY, Appellant, v. MARY BUKOVSKY, Respondent.— Order, as resettled, denying plaintiff's motion to open his default, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

LOUISE G. CLARKSON, Respondent, v. HAROLD KRIEGER, Appellant, and Others, Defendants.— Upon reargument, order denying motion of defendant Krieger for judgment on the pleadings and granting plaintiff's motion for such judgment, modified so as to deny plaintiff's motion, and as so modified affirmed, without costs. Upon the original argument appellant in effect conceded the authenticity and binding effect of Exhibit B, and this court proceeded on an acceptance of this concession. Upon reargument the authenticity and binding force of that exhibit is challenged, so far as its execution with authority is concerned; that being so, a question of fact seems to be presented with respect to that element which requires a trial. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.